JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL METHOT, | EDCV 15-2409 PA (DTBx) |
| Plaintiff, | JUDGMENT |
| v. | |
| TYCO FIRE PRODUCTS LP, | |
| Defendant. | |

Pursuant to the Court's August 1, 2016 Minute Order granting the Motion for Summary Judgment filed by defendant Tyco Fire Products LP ("Defendant"), which granted summary judgment to Defendant on the claim asserted by plaintiff Paul Methot ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claim is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

DATED: August 1, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE